**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **All Saints Episcopal Church** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **21-42461-elm11** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MasterWorks Design Build 3800 Clark Avenue Fort Worth, TX 76107** | | **Trade Debt** | | | | **$180,000.00** |
| **Episcopal Church of North Texas P.O. Box 8695 Fort Worth, TX 76124-0695** | | **Diocesan Assessment** | | | | **$20,418.42** |
| **Westfall Sellers, PLLC Attn: Greg Westfall 1701 River Run, Suite 801 Fort Worth, TX 76107** | | **Attorneys' Fees** | | | | **$14,310.00** |
| **Fragomen, Del Rey, Bernsen & Lowey, LLP Attn: Miriam Lashley 75 Remittance Drive, Suite 6072 Chicago, IL 60675-6072** | | **Attorney's Fees** | | | | **$12,101.00** |
| **Hill Gilstrap, P.C. Attn:  Frank Hill 1400 W. Abram Street Arlington, TX 76013** | | **Attorney's Fees** | | | | **$7,796.20** |
| **Fusion 29 Attn: Bill Brammer 4212 Blackhaw Avenue Fort Worth, TX 76109** | | **Trade Debt** | | | | **$5,352.90** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **All Saints Episcopal Church** | Case number *(if known)* | **21-42461-elm11** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Commerce Bank P.O. Box 808009 Kansas City, MO 64180-8009** | | **Trade Debt** | | | | **$4,000.00** |
| **Tactical Systems Network 200 Carroll Street, Suite 150 Fort Worth, TX 76107** | | **Trade Debt** | | | | **$3,800.00** |
| **Waterchase Golf Club 8951 Creek Run Road Fort Worth, TX 76120-3950** | | **Trade Debt** | | | | **$3,390.00** |
| **CM Almy 28 Kaysal Court Box 1001 Armonk, NY 10504-1344** | | **Trade Debt** | | | | **$2,916.90** |
| **Pitney Bowes Global Financial Services P.O. Box 371887 Pittsburgh, PA 15250** | | **Trade Debt** | | | | **$1,427.18** |
| **Nate Schneidewent 6635 Silver Saddle Road Fort Worth, TX 76126-9597** | | **Trade Debt** | | | | **$1,343.75** |
| **Fiserv P.O. Box 2394 Omaha, NE 68103-2394** | | **Trade Debt** | | | | **$1,177.00** |
| **Sam's Club P.O. Box 530981 Atlanta, GA 30353-0981** | | **Trade Debt** | | | | **$1,094.87** |
| **Quill P.O. Box 37600 Philadelphia, PA 19101-0600** | | **Trade Debt** | | | | **$758.00** |
| **TXU Energy P.O. Box 650700 Dallas, TX 75265-0700** | | **Utility** | | | | **$607.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **All Saints Episcopal Church** | | Case number *(if known)* | **21-42461-elm11** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **National Stripes Lawn Care 6635 Silver Saddle Road Fort Worth, TX 76126-9597** | | **Trade Debt** | | | | **$600.00** |
| **Arlene Small 2804 Summer Tree Lane McKinney, TX 75071-3462** | | **Organist** | | | | **$600.00** |
| **Reed Mullican 3204 Waits Avenue Fort Worth, TX 76109** | | **Trade Debt** | | | | **$450.00** |
| **Angel Reeve 2124 Chapel Downs Drive Arlington, TX 76017** | | **Choral Scholar** | | | | **$450.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy